UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 0 6 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Marcus Grant

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Nicholas Pocius

Joseph Siska

12 C 0095
Judge Samuel Der-Yeghiayan
Magistrate Judge Young B. Kim

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Marcus Grant

   B. List all aliases: None

   C. Prisoner identification number: 20111007093

   D. Place of present confinement: Cook County Dept. of Corrections

   E. Address: 5840 S. Sangamon - Chicago, Il. 60621

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Nicholas Pocius
      Title: Police Officer
      Place of Employment: Chicago Police Dept.

   B. Defendant: Joseph Siska
      Title: Police Officer
      Place of Employment: Chicago Police Department

   C. Defendant: 
      Title: 
      Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __N/A__

    B. Approximate date of filing lawsuit: __N/A__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__ __NONE__

    D. List all defendants: __N/A__ __NONE__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

    F. Name of judge to whom case was assigned: __N/A__

    G. Basic claim made: __N/A__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

    I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Marcus Grant, was visiting at my mothers house on 10/6/11, when I heard gunshots coming from outside. I waited until the shots stopped and went outside to see what happened. As I went outside the Chicago Police pulled up and jumped out of their car and pointed their guns at me. I feared for my life and ran. I ran for about a half of a block and got tired and stopped. Thats when the police officer approached me with his mace. He maced me in my eyes and I yelled to him that I can't see because I am legally blind. That didn't matter, because after he maced me, he handcuffed me and he then tasered me. He then started punching me in my face and between the mace and the taser and the punches to my face, I was helpless. I was then put inside the police car. The police officer asked me why I ran and I told them that the Chicago police killed my little brother in front of me and the memory of this

4

Revised 9/2007

caused me to fear for my life. I told them I did not want them to kill me. The lieutenant said to me, "so thats why you said don't kill me.; you shouldn't have ran; you are going to jail." I told them that "my eyes are burning" and "my back hurts where you tasered me," and that I needed immediate medical attention, and I asked can you please take me to the hospital, and they ignored and laughed about my request, and took me to jail. With me being refused medical treatment my vision was harmed even more with the unnecessary use of force when I was maced and the police brutality when I was repeatedly punched in the face. The taser was another example of unnecessary use of force and brutality, considering it was done after I was handcuffed. I already had trouble with my sight, and since they maced me and punched me in the face, it has gotten worse. Things that were once visible to me before this incident, are hard to see and some are no longer visible.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to award me, Marcus Grant, a settlement from the defendants in the amount of $150,000. dollars. I want the court to order the defendants to be held liable for all medical costs related to attempting to correct and restore my vision

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30th day of Dec., 20 11

Marcus Grant
(Signature of plaintiff or plaintiffs)

Marcus Grant
(Print name)

20110007093
(I.D. Number)

5840 S. Sangamon
Chicago, IL 60621
(Address)