# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 95 | **DATE** | 2/29/2012 |
| **CASE TITLE** | Marcus Grant (#2011-1007093) vs. Nicholas Pocius, et al. | | |

**DOCKET ENTRY TEXT**

As stated below, Plaintiff has failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form, therefore the instant action is dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]    Docketing to mail notices.

# STATEMENT

This matter is before the court on Plaintiff Marcus Grant's (Grant) motion for leave to proceed *in forma pauperis*. On January 26, 2012, the court denied Grant's prior motion for leave to proceed *in forma pauperis*. The court gave Grant until February 21, 2012, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form and an affidavit as to the source of the deposits in his prison trust account. The court also warned Grant that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with the affidavit by February 21, 2012, this case would be dismissed. On February 13, 2012, Grant filed the instant motion.

Grant indicates in a written statement attached to his *in forma pauperis* application form that $495 in deposits listed on his prison trust account statement are deposits from "friends and family." (IFP 4). However, Grant indicates on his *in forma pauperis* application form that he has not received more than $200 in gifts in the last twelve months. Thus, Grant has not submitted accurate information on his *in forma pauperis* application form. Grant has also failed to provide a complete certified copy of his prison trust account statement with his instant motion, as required pursuant to 28 U.S.C. § 1915(a)(2). The court also notes that Grant failed to indicate on his prior *in forma pauperis* application form that he received more than

**STATEMENT**

$200 in gifts in the last twelve months. Grant has thus failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form, and the instant action is therefore dismissed.